UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD COFFMAN, VONNA COFFMAN, ) | CASE NO. S-03-CV-02414 |
| ) | |
| Plaintiffs, ) | **STIPULATION AND ORDER** |
| ) | **AMENDING STATUS (PRETRIAL** |
| v. ) | **SCHEDULING) ORDER** |
| ) | |
| WYETH, et al., ) | |
| ) | |
| Defendants. ) | |

The parties, by and through their respective counsel, are in active settlement negotiations, and anticipate non-binding private mediation, if necessary, to resolve this case informally. To allow this process the maximum possibility for success, and to obviate the expense associated with expert designations (due June 1, 2005), which may ultimately prove unnecessary, the parties have agreed to a 45-day continuance on all dates set forth in the Status (Pretrial Scheduling) Order as follows:

    (a)    The parties experts shall be designated not later than July 15, 2005.

    (b)    Rebuttal experts shall be designated not later than August 10, 2005.

    (c)    All discovery shall be completed by September 26, 2005.

    (d)    All dispositive motions shall be heard no later than December 2, 2005.

    (e)    The final pretrial conference is scheduled for February 3, 2006.

    (f)    The trial is set for April 4, 2006 at 9:00 am.

All other requirements of the Status (Pretrial Scheduling) Order will remain in effect.

Dated: May ____, 2005         GORDON & REES, LLP


By: _____
    Melissa M. Fairbrother
    Attorneys for Defendant WYETH

Dated: May ____, 2005         LAW OFFICES OF THOMAS A. AMBROSE


By: _____
    Thomas A. Ambrose
    Attorneys for Plaintiffs, FLOYD COFFMAN
    and VONNA COFFMAN

## **ORDER**

Having considered the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the dates set forth in the Status (Pretrial Scheduling) Order shall be amended as follows:

(a) The parties experts shall be designated not later than July 15, 2005.

(b) Rebuttal experts shall be designated not later than August 10, 2005.

(c) All discovery shall be completed by September 26, 2005.

(d) All dispositive motions shall be heard no later than December 2, 2005.

(e) The final pretrial conference is scheduled for February 3, 2006 at 1:30 p.m.

(f) The trial is set for April 4, 2006 at 9:00 am.

All other requirements of the Status (Pretrial Scheduling) Order will remain in effect.

IT IS SO ORDERED.

DATED: May 25, 2005              /s/ Frank C. Damrell Jr.
                                 Frank C. Damrell Jr.
                                 United States District Judge

-2-

**STIPULATION AND ORDER AMENDING STATUS (PRETRIAL SCHEDULING) ORDER**

AHP\1015505\777506.1