1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FLOYD COFFMAN, VONNA COFFMAN, | ) CASE NO.  S-03-CV-02414 FCD/JFM |
|---|---|
| Plaintiffs, | ) **STIPULATION OF DISMISSAL** |
| v. | ) |
| WYETH, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  October 10, 2005         GORDON & REES, LLP

By:/s/_____
J. Dominic Campodonico
Attorneys for Defendant WYETH

Dated:  October 3, 2005          LAW OFFICES OF THOMAS A. AMBROSE


By: /s/_____
Thomas A. Ambrose
Attorneys for Plaintiffs, FLOYD COFFMAN
and VONNA COFFMAN

-1-
**STIPULATION OF DISMISSAL**

IT IS SO ORDERED.

Dated: October 12, 2005

                                          /s/ Frank C. Damrell Jr.
                                        Honorable Frank C. Damrell Jr.
                                        United States District Judge

**STIPULATION OF DISMISSAL**

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees, LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On October 11, 2005 I served the within documents:

**STIPULATION OF DISMISSAL**

- ○ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ✗ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.
- ○ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

COUNSEL FOR PLAINTIFFS

Thomas A. Ambrose, Esq.
1590 Webster Street, Suite A
Fairfield, CA 94533
(707)429-5550 Tel
(707)429-3560 Fax

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 11, 2005 at San Francisco, California.

/s/ _____
Doreen Bordessa